# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2755
_____

BRANDON K. BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Franklin County.
Terry Lewis, Judge.

February 8, 2019


PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brandon K. Brown, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.